UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

REBECCA PRATT,

         Plaintiff,

                v.

ETHICON, INC. d/b/a ETHICON WOMEN'S HEALTH AND UROLOGY d/b/a GYNECARE, INC., and JOHNSON & JOHNSON,

         Defendants.
_____/

NO. CIV. 2:12-866 WBS EFB

<u>ORDER OF RECUSAL</u>

----oo0oo----

         Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson Services, Inc.

         IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1    IT IS FURTHER ORDERED that any previous orders issued
2 by the undersigned judge in this case are hereby VACATED and SET
3 ASIDE, and any dates previously set by the undersigned judge in
4 this case are hereby VACATED.
5 DATED:  April 5, 2012

```
                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE
```